MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (Bar No. CA 117284)
E-mail:  blandsberg@manatt.com
BRAD W. SEILING (Bar No. CA 143515)
E-mail:  bseiling@manatt.com
ANDREW H. STRUVE (Bar No. CA 200803)
E-mail:  astruve@manatt.com
JESSICA J. SLUSSER (Bar No. CA 217307)
E-mail:  jslusser@manatt.com
JUSTIN C. JOHNSON (Bar No. CA 252175)
E-mail:  jjohnson@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

DAVID L. SHAPIRO (*Pro Hac Vice*)
E-mail:  dshapiro@law.harvard.edu
1563 Mass. Ave.
Cambridge, MA  02138
Telephone:  (617) 495-4618
Facsimile:   (617) 495-1950

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hazel Walsh,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kindred Healthcare, Inc.; Kindred Healthcare Operating, Inc.; California Nursing Centers, LLC; Kindred Nursing Centers West, LLC; Riverside Healthcare & Wellness Centre, LLC; Hillhaven-MSC Partnership; Alta Vista Healthcare & Wellness Centre (a/k/a Alta Vista Healthcare); Bay View Nursing And Rehabilitation Center; Canyonwood Nursing And Rehab Center; Care Center Of Rossmoor, LLC (f/k/a Guardian Of Rossmoor); Fifth Avenue Health Care Center; Golden Gate Healthcare Center; Hacienda Care Center; Nineteenth Avenue Healthcare Center; Orange Healthcare and Wellness Centre, LLC (f/k/a Kindred Healthcare Center of Orange a/k/a La Veta Health | No.  3:11-cv-00050-JSW<br><br>**[~~PROPOSED~~] ORDER, AS MODIFIED, CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; CIVIL L.R. 6-2, 7-12**<br><br>Judge:  Hon. Jeffrey S. White |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300229083.1

[PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND
SETTING BRIEFING SCHEDULE

1  Care Center); Santa Cruz Healthcare
   Center; Smith Ranch Care Center, LLC
2  (f/k/a Guardian at Smith Ranch Care
   Center); Valley Gardens Healthcare &
3  Rehabilitation Center; Victorian
   Healthcare Center (f/k/a Hillhaven
4  Victorian); and DOES 1 through 100,
   inclusive,
5
                Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300229083.1                        2              [PROPOSED] ORDER CONTINUING CASE
                                                  MANAGEMENT CONFERENCE AND
                                                  SETTING BRIEFING SCHEDULE

Pursuant to the stipulation of the parties and good cause appearing,

1. The Case Management Conference currently set for April 22, 2011, at 1:30 p.m. shall be continued to July 22, 2011 at 1:30 PM.
2. The hearing on Defendants' motions to dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) shall be held on June 10, 2011 at 9:00AM. All moving, opposing and reply papers shall be filed and served according to the Local Rules, with reply briefs due no later than May 20, 2011.
3. Pursuant to the parties' stipulation to continue the hearing on Defendant Kindred Healthcare, Inc.'s motion to dismiss pursuant to Rule 12(b)(2) to a date 90 days after the Court issues a ruling on Defendants' Rule 12(b)(6) motions, KHI shall file and notice its Rule 12(b)(2) motion to dismiss after the Court issues its ruling on the Rule 12(b)(6) motions.
4. The motions to dismiss Plaintiff's complaint that were previously filed by Defendants are hereby terminated. (Doc. Nos. 21, 23, 25.)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 24, 2011

_____
Hon. Jeffrey S. White
United States District Judge

Respectfully Submitted,
MANATT, PHELPS & PHILLIPS

By: /s/ Brad Seiling
    Brad W. Seiling
    *Attorneys for Defendants*

Dated: March 23, 2011