1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    HAZEL WALSH,

10           Plaintiff,                              No. C 11-00050 JSW

11   v.

12   KINDRED HEALTHCARE,                             **ORDER REGARDING**
                                                     **DEFENDANTS' MOTIONS TO**
13           Defendant.                              **DISMISS**
     _____/

14

15          The motions to dismiss filed by Kindred Healthcare, Inc., Kindred Healthcare

16   Operating, Inc., California Nursing Centers, L.L.C., Kindred Nursing Centers West, L.L.C.,

17   Hillhaven-MSC Partnership, Alta Vista Healthcare & Wellness Center a/k/a Alta Vista

18   Healthcare, Bay View Nursing and Rehabilitation Center, Canyonwood Nursing Rehab Center,

19   Fifth Avenue Health Care Center, Golden Gate Healthcare Center, Hacienda Care Center,

20   Nineteenth Avenue Health Care Center, Orange Healthcare and Wellness Center, L.L.C. f/n/a

21   Kindred Healthcare Center of Orange a/k/a/ La Veta Health Care Center, Santa Cruz Healthcare

22   Center, Smith Ranch Care Center, L.L.C. f/n/a Guardian at Smith Ranch Care Center, Valley

23   Gardens Healthcare & Rehabilitation Center and Victorian Healthcare Center f/n/a Hillhaven

24   Victorian and by defendant Care Center of Rossmoor, L.L.C., f.k.a. Guardian of Rossmoor are

25   set for hearing on June 10, 2011.  These motions are fully briefed and ripe for decision.  The

26   Court finds that these matters are appropriate for disposition without oral argument and are

27   ///

28   ///

**United States District Court**
For the Northern District of California

deemed submitted.  *See* N.D. Cal. Civ. L.R. 7-1(b).  Accordingly, the hearing set for June 10, 2011 is HEREBY VACATED.  The Court shall issue a ruling in due course.

     **IT IS SO ORDERED.**

Dated: June 9, 2011

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California