UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL WALSH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KINDRED HEALTHCARE, INC. et al.,<br><br>　　　　　Defendants. | CASE NO. 11-00050 JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER POSTPONING DEADLINE FOR FILING OF AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Jeffrey S. White |

On June 27, 2011, Plaintiffs filed a Motion for Limited, Expedited Discovery. (Dkt. 59.) The noticed hearing date for this motion is August 26, 2011. Plaintiffs' amended complaint is currently due on July 5, 2011. *See* Order Regarding Defendants' Motion to Dismiss (Dkt. 58), at 16. Additionally, a Case Management Conference is scheduled for July 22, 2011.

Upon consideration of the parties' Stipulation to Postpone Deadline for Filing of Amended Complaint and to Continue Case Management Conference (Dkt. 62), it is ordered that:

- If the Court grants Plaintiffs' motion for leave to conduct discovery, Plaintiffs shall have ninety (90) days from the date of the Court order to conduct that discovery prior to amending their complaint. If the Court denies Plaintiffs' motion

1        for leave to conduct such discovery, Plaintiffs shall file their amended complaint

2        five (5) days after the Court denies the motion.

3    • The July 22 Case Management Conference is vacated and continued to a date to be

4        set by the Court.

5 So ORDERED.

7 Dated: June 29, 2011         _____

8                            The Honorable Jeffrey S. White