**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    HAZEL WALSH,

10          Plaintiff,                          No. C 11-00050 JSW

11    v.

12    KINDRED HEALTHCARE,                        **ORDER REGARDING**
                                                 **PLAINTIFFS' MOTION FOR**
13          Defendant.                           **LEAVE TO CONDUCT**
                                        /        **DISCOVERY**

14

15          Now before the Court is the motion to for leave to conduct expedited discovery filed by

16    plaintiffs Arlene Bettencourt and Harry Harrison ("Plaintiffs").  This matter is now fully briefed

17    and ripe for decision.  The Court finds that this matter is appropriate for disposition without oral

18    argument and the matter is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the

19    hearing set for August 26, 2011 is VACATED. Having carefully considered the parties'

20    arguments and relevant legal authority, the Court hereby grants Plaintiffs' motion for leave.

21          Plaintiffs rely on *Semitool, Inc. v. Tokyo Electron America, Inc.*, 208 F.R.D. 273, 276

22    (N.D. Cal. 2002) as support for their request to conduct such expedited discovery.  The Court in

23    *Semitool* held that expedited discovery may be allowed upon a showing of good cause, and that

24    "[g]ood cause may be found where the need for expedited discovery, in consideration of the

25    administration of justice, outweighs the prejudice to the responding party.  *Id*.  The key issue for

26    the court was not whether the requested discovery was relevant, but instead, whether there was

27    "good cause to provide immediate access to the requested discovery rather than postponing its

28    ultimate production during the normal course of discovery."  *Id*.  The Court finds that Plaintiffs

have made the requisite showing of good cause.  Accordingly, the Court HEREBY GRANTS

Plaintiffs' motion to conduct discovery.  However, the Court declines to examine Plaintiffs'

specific discovery requests.  To the extent the parties are unable to resolve disputes regarding

specific discovery requests, pursuant to Civil Local Rule 72-1, the Court HEREBY REFERS

this matter to a randomly assigned magistrate judge for resolution of such discovery disputes

and for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: August 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk

**United States District Court**
For the Northern District of California

2