Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
Andrew Kingsdale (State Bar No. 255669)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000
Facsimile: (415) 956-1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
Telephone: (530) 467-5307
Facsimile: (530) 467-5437

Kathryn A. Stebner (State Bar No. 121088
Sarah Colby (State Bar No. 194475)
STEBNER & ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102-2907
Telephone: (415) 362-9800
Facsimile: (415) 362-9801

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs Arlene Bettencourt and Harry Harrison*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL WALSH,<br>Plaintiff,<br>v.<br>KINDRED HEALTHCARE, INC., et al.,<br>Defendants. | Case No. 3:11-cv-00050-JSW<br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ALTER EGO DISCOVERY AND PLAINTIFFS' SECOND AMENDED COMPLAINT**<br>The Honorable Jeffrey S. White |

**WHEREAS** on June 15, 2011 the Court granted in part and denied in part Defendants' motions to dismiss Plaintiffs' First Amended Complaint, and granted Plaintiffs leave to amend their Complaint, *see* Order Regarding Defendants' Motions to Dismiss (Dkt. 58), at 16;

**WHEREAS** with respect to alleged vertical alter ego relationships between the Facility

Defendants,[1] Subsidiary Licensee Defendants,[2] and the Parent Kindred Defendants,[3] the Court held in its June 15, 2011 Order that "Plaintiffs have sufficiently alleged 'unity of interest and ownership' as between Kindred and the Facilities," and that Plaintiffs have also sufficiently alleged "an injustice based on the parent Kindred entities' attempt to avoid liability," *id.* at 7; however, the Court also held that "Plaintiffs have not alleged what injustice would result if the Facilities, other than Rossmoor, were not held liable or if Hillhaven and Smith Ranch were not held liable," *id.* at 7-8;

**WHEREAS** the Parties stipulated, and the Court ordered, that Plaintiffs' Second Amended Complaint would be due ninety (90) days from when Plaintiffs' Motion for Limited, Expedited Discovery was granted, s*ee* Order Postponing Deadline for Filing of Amended Complaint and Continuing Case Management Conference (Dkt. 64);

**WHEREAS** the Court subsequently granted Plaintiffs' Motion for Limited, Expedited Discovery, and therefore the deadline for Plaintiffs to file their Second Amended Complaint is November 23, 2011, s*ee* Order Regarding Plaintiffs' Motion for Leave to Conduct Discovery (Dkt. 69);

**WHEREAS** Plaintiff intend to join, in their Second Amended Complaint, additional class representatives who resided at Facilities other than Care Center of Rossmoor; and

**WHEREAS** the parties have met and conferred about alleged alter ego discovery and the addition of new Plaintiffs who resided in facilities other than Care Center of Rossmoor;

---

[1] The thirteen "Facility Defendants" are: Alta Vista Healthcare & Wellness Centre (a/k/a Alta Vista Healthcare); Bay View Nursing And Rehabilitation Center; Canyonwood Nursing and Rehab Center; Care Center of Rossmoor (f/k/a Guardian of Rossmoor); Fifth Avenue Health Care Center; Golden Gate Healthcare Center; Hacienda Care Center; Nineteenth Avenue Healthcare Center; Kindred Healthcare Center of Orange; Santa Cruz Healthcare Center; Smith Ranch Care Center (f/k/a Guardian at Smith Ranch Care Center); Valley Gardens Healthcare & Rehabilitation Center; and Victorian Healthcare Center (f/k/a Hillhaven Victorian).

[2] The three "Subsidiary Licensee Defendants" are: Care Center of Rossmoor, LLC; Smith Ranch Care Center, LLC; and Hillhaven-MSC Partnership.

[3] The four "Kindred Defendants" are: Kindred Healthcare, Inc. ("Kindred Inc."); Kindred Healthcare Operating, Inc. ("KHOI"); Kindred Nursing Centers West, LLC ("Kindred West"); and California Nursing Centers, LLC ("California Nursing").

**NOW THEREFORE**, it is stipulated that:

1. Plaintiffs will file their Second Amended Complaint by November 23, 2011;

2. Defendants will stipulate to the filing of a Second Amended Complaint that adds Plaintiffs who resided in Facilities other than Care Center of Rossmoor. This stipulation is made without prejudice to Defendants' right to raise any appropriate challenge(s) to the Second Amended Complaint after it is filed;

3. Defendants will not move to dismiss Plaintiffs' Second Amended Complaint based upon insufficiency of Plaintiffs' alter ego allegations as to 1) the vertical alter ego relationships between the Facility Defendants, Subsidiary Licensee Defendants, and the Parent Kindred Defendants, or 2) the horizontal alter ego relationships between the Facility Defendants. Nothing in this stipulation will prevent Defendants from challenging Plaintiffs' vertical or horizontal alter ego theories through motion for summary judgment, opposition to class certification or other motion that does not merely challenge the legal sufficiency of the allegations in Plaintiffs' Second Amended Complaint or any subsequent complaint;

4. If any Defendant or Defendants move to dismiss Plaintiffs' Second Amended Complaint based upon lack of personal jurisdiction, the Parties agree that litigation related to the Defendants' challenge to personal jurisdiction shall be stayed until further notice. If any Party wishes to lift the stay, it may move the Court for such relief after providing all other Parties with fourteen (14) days written notice;

5. If any Party moves to lift the stay on litigation of personal jurisdiction, then Plaintiffs will have ninety (90) days from the date the stay is lifted to conduct jurisdictional discovery, including on alter ego issues, before filing their opposition brief. This agreement is without prejudice to Defendants' ability to challenge the scope of such discovery, including the alter ego discovery propounded by Plaintiffs;

6. Plaintiffs withdraw their currently pending discovery requests on horizontal and vertical relationships among Defendants, without prejudice to their right to reassert the requests ninety (90) days prior to the close of fact discovery, or if and when any of the following occur:

   a. The Court sets a schedule for class certification briefing; or

   b. Any Defendant moves to lift the stay on personal jurisdiction; or

c. Any Defendant moves for summary judgment based in whole or part on the insufficiency of Plaintiffs' alter ego, agency, or joint venture allegations.

7. Nothing stated herein shall preclude any Party from seeking a Court-ordered modification of the above-stated provisions for good cause shown.

Dated: November 9, 2011

Respectfully submitted,

MANATT, PHELPS & PHILLIPS

By: *\/s/ Brad W. Seiling*
Brad W. Seiling
*Attorney for Defendants*

Brad W. Seiling (State Bar No. 143515)
Andrew H. Struve (State Bar No. 200803)
Jessica L. Slusser (State Bar No. 217307)
Justin C. Johnson (State Bar No. 252175)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Dated: November 9, 2011

Respectfully submitted,

STEBNER & ASSOCIATES

By: */s/ Kathryn Ann Stebner*
Kathryn Ann Stebner
*Attorney for Plaintiffs*

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
870 Market Street, Suite 1212
San Francisco, CA 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801

Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
Andrew S. Kingsdale (State Bar No. 255669)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-5307

Christopher J. Healey (State Bar No. 105798)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101

W. Timothy Needham (State Bar No. 96542)
Michael J. Crowley (State Bar No. 102343)
JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP
730 Fifth Street
Eureka, CA 95501

Robert S. Arns (State Bar No. 65071)
Steven R. Weinmann (State Bar No. 190956)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

*Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Brad W. Seiling and Kathryn Ann Stebner.**

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2011

The Honorable Jeffrey S. White

946612.1