1  Robert J. Nelson (State Bar No. 132797)
   Lexi J. Hazam (State Bar No. 224457)
2  Andrew Kingsdale (State Bar No. 255669)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  Embarcadero Center West
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956.1000
5  Facsimile: (415) 956-1008

6

7  Michael D. Thamer (State Bar No. 101440)      Kathryn A. Stebner (State Bar No. 121088)
   LAW OFFICES OF MICHAEL D. THAMER              Sarah Colby (State Bar No. 194475)
   Old Callahan School House                     STEBNER & ASSOCIATES
8  12444 South Highway 3                         870 Market Street, Suite 1212
   Post Office Box 1568                          San Francisco, CA 94102-2907
9  Callahan, CA 96014-1568                       Telephone: (415) 362-9800
   Telephone: (530) 467-5307                     Facsimile: (415) 362-9801
10 Facsimile: (530) 467-5437

11
   [Additional Counsel Appear on Signature Page]
12
   *Attorneys for Plaintiffs Arlene Bettencourt*
13 *and Harry Harrison*

14                     UNITED STATES DISTRICT COURT

15                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17 | HAZEL WALSH,                          | Case No. 3:11-cv-00050-JSW
18 |     Plaintiff,                        | **STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL PLAINTIFFS AND AMENDMENT TO CLASS DEFINITION**
19 | v.                                    |
20 | KINDRED HEALTHCARE, INC., et al.,     | The Honorable Jeffrey S. White
21 |     Defendants.                       |

23     **WHEREAS** on March 26, 2012 the Court granted Defendants' motions to dismiss

24 Plaintiffs' claim under Cal. Civ. Code § 1750 et. seq. ("CLRA claim"), and granted Plaintiffs

25 leave to amend their CLRA claim by April 13, 2012, *see* Order Regarding Rossmoor's Motion to

26 Dismiss (Dkt. 92), at 5;

27     **WHEREAS** Plaintiffs requested that Defendants stipulate to the addition of Gordon

28 Adams (Kindred Traditional Care and Rehabilitation - Smith Ranch) and Beverly Bakken (Santa

Cruz Healthcare Center) as plaintiffs and to remove Phyllis Menzie as a class representative (Santa Cruz Healthcare Center);

**WHEREAS** Plaintiffs also requested that Defendants stipulate to the amendment of the definition of the proposed class;

**WHEREAS** Plaintiffs included the requested changes in their Third Amended Complaint filed on April 13, 2012 and notified Defendants that they were doing so in anticipation of a stipulation;

**NOW THEREFORE**, the parties now stipulate that:

1. Gordon Adams and Beverly Bakken will be added as plaintiffs, and Phyllis Menzie will be withdrawn as a class representative;

2. Plaintiffs will amend the definition of the proposed class as reflected in Paragraph 79 of the Third Amended Complaint filed on April 13, 2012;

3. This stipulation is made without prejudice to Defendants' right to raise any appropriate substantive or procedural challenge(s) to the new plaintiffs and the new class definition, including arguments based on the statute of limitations and/or that the new class and subclass definitions and the new plaintiffs do not relate back to the filing of the original complaint; and

4. Defendants will respond to the Third Amended Complaint by May 14, 2012.

Dated: April 23, 2012

Respectfully submitted,

MANATT, PHELPS & PHILLIPS

By: /s/ Brad W. Seiling
Brad W. Seiling
*Attorney for Defendants*

Brad W. Seiling (State Bar No. 143515)
Andrew H. Struve (State Bar No. 200803)
Jessica L. Slusser (State Bar No. 217307)
Justin C. Johnson (State Bar No. 252175)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Dated: April 23, 2012

Respectfully submitted,

STEBNER & ASSOCIATES

By: /s/ Kathryn Ann Stebner
    Kathryn Ann Stebner
    *Attorney for Plaintiffs*

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
870 Market Street, Suite 1212
San Francisco, CA 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801

Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
Andrew S. Kingsdale (State Bar No. 255669)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-5307

Christopher J. Healey (State Bar No. 105798)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101

W. Timothy Needham (State Bar No. 96542)
Michael J. Crowley (State Bar No. 102343)
JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP
730 Fifth Street
Eureka, CA 95501

Robert S. Arns (State Bar No. 65071)
Steven R. Weinmann (State Bar No. 190956)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

*Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON*

1     Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Brad W. Seiling and Kathryn Ann Stebner.

2

3

4                         [PROPOSED] ORDER

5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 Dated: April 24, 2012

8                         *Jeffrey S. White*
                        The Honorable Jeffrey S. White

9

10

11 946612.1

-4- STIPULATION REGARDING ADDITIONAL PLAINTIFFS AND AMENDMENT TO CLASS DEFINITION
CASE NO. 3:11-cv-00050-JSW