1 Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
2 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
3 275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
4 Telephone: (415) 956.1000
Facsimile: (415) 956-1008

5

6 Michael D. Thamer (State Bar No. 101440)   Kathryn A. Stebner (State Bar No. 121088)
LAW OFFICES OF MICHAEL D. THAMER            Sarah Colby (State Bar No. 194475)
7 Old Callahan School House                 STEBNER & ASSOCIATES
12444 South Highway 3                       870 Market Street, Suite 1212
8 Post Office Box 1568                      San Francisco, CA 94102-2907
Callahan, CA 96014-1568                     Telephone: (415) 362-9800
9 Telephone: (530) 467-5307                 Facsimile: (415) 362-9801
Facsimile: (530) 467-5437

10

11 [Additional Counsel Appear on Signature Page]

12 *Attorneys for Plaintiffs Arlene Bettencourt and Harry Harrison*

13

14

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HAZEL WALSH, | Case No. 3:11-cv-00050-JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER LIFTING STAY ON ALTER EGO DISCOVERY AND JURISDICTIONAL CHALLENGES UNDER FRCP 12(b)(2)** |
| v. | |
| KINDRED HEALTHCARE, INC., et al., | |
| Defendants. | |
| | The Honorable Jeffrey S. White |

**WHEREAS** on or about November 14, 2011, the parties entered a stipulation regarding litigation concerning personal jurisdiction and alter ego discovery. In particular, the parties agreed that Defendants would not move to dismiss Plaintiffs' Second Amended Complaint based upon insufficiency of Plaintiffs' alter ego allegations as to 1) the vertical alter ego relationships

between the Facility Defendants[1], Subsidiary Licensee Defendants[2], and the Parent Kindred Defendants[3], or 2) the horizontal alter ego relationships between the Facility Defendants, and further agreed that if any Defendant or Defendants move to dismiss Plaintiffs' Second Amended Complaint based upon lack of personal jurisdiction, litigation related to the Defendants' challenge to personal jurisdiction would be stayed until further notice[4];

**WHEREAS** Defendants Fifth Avenue Health Care, Care Center of Rossmoor, L.L.C. fka Guardian of Rossmoor, Bay View Nursing and Rehabilitation Center, Hacienda Care Center, Valley Gardens Healthcare and Rehabilitation Center, Kindred Healthcare Center of Orange, Canyonwood Nursing and Rehab Center, Santa Cruz Healthcare Center, Alta Vista Healthcare & Wellness Centre aka Alta Vista Healthcare, and Smith Ranch Care Center filed a motion to dismiss the CLRA claim in Plaintiffs' Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Defendant Kindred Healthcare, Inc. filed a motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2);

**WHEREAS** the parties agreed to extend their stipulation regarding personal jurisdiction challenges and alter ego discovery to avoid litigation over these issues prior to the Court's decision on Defendants' Motion to Dismiss pursuant to Rule 12(b)(6);

**WHEREAS** on August 6, 2012, the Court denied Defendants' Motions to Dismiss Plaintiffs' Third Amended Complaint, s*ee* Order Denying Defendants' Motion to Dismiss Third

---

[1] The thirteen "Facility Defendants" are: Alta Vista Healthcare & Wellness Centre (a/k/a Alta Vista Healthcare); Bay View Nursing And Rehabilitation Center; Canyonwood Nursing and Rehab Center; Care Center of Rossmoor (f/k/a Guardian of Rossmoor); Fifth Avenue Health Care Center; Golden Gate Healthcare Center; Hacienda Care Center; Nineteenth Avenue Healthcare Center; Kindred Healthcare Center of Orange; Santa Cruz Healthcare Center; Smith Ranch Care Center (f/k/a Guardian at Smith Ranch Care Center); Valley Gardens Healthcare & Rehabilitation Center; and Victorian Healthcare Center (f/k/a Hillhaven Victorian).
[2] The three "Subsidiary Licensee Defendants" are: Care Center of Rossmoor, LLC; Smith Ranch Care Center, LLC; and Hillhaven-MSC Partnership.
[3] The four "Kindred Defendants" are: Kindred Healthcare, Inc. ("Kindred Inc."); Kindred Healthcare Operating, Inc. ("KHOI"); Kindred Nursing Centers West, LLC ("Kindred West"); and California Nursing Centers, LLC ("California Nursing").
[4] The stipulation regarding litigation related to personal jurisdiction and alter ego issues applied equally to any subsequent complaint filed in this action.

1   Amended Complaint (Dkt. 105), at 5;

2   **WHEREAS** Defendants now wish to lift the stay on all briefing and discovery related to
3   Defendant Kindred Healthcare, Inc.'s motion to dismiss for lack of personal jurisdiction pursuant
4   to Rule 12(b)(2);

5   **WHEREAS** Plaintiffs acknowledge that Defendants have provided adequate notice of
6   their intention to lift the stay;

7   **NOW THEREFORE**, it is stipulated that:

8   1.   The stay on all briefing and discovery related to Defendant Kindred Healthcare,
9   Inc.'s motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) is lifted;

10   2.   Plaintiffs will have ninety (90) days to conduct jurisdictional discovery, including
11   on alter ego issues, before filing their opposition brief.  This agreement is without prejudice to
12   Defendants' ability to challenge the scope of such discovery, including the alter ego discovery
13   previously propounded by Plaintiffs;

14   3.   Nothing in this stipulation will prevent Defendants from challenging Plaintiffs'
15   vertical or horizontal alter ego theories through motion for summary judgment, opposition to
16   class certification or other motion that does not merely challenge the legal sufficiency of the
17   allegations in Plaintiffs' Third Amended Complaint or any subsequent complaint;

18   4.   Defendant Kindred Healthcare, Inc.'s motion to dismiss for lack of personal
19   jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is set to be heard on
20   January 18, 2013 at 9:00 a.m.  Plaintiffs' opposition brief will be due on December 6, 2012.
21   Defendants' reply brief will be due on December 20, 2012.

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2012 | Respectfully submitted, |
| 2 | | MANATT, PHELPS & PHILLIPS |
| 3 | | |
| 4 | | By: */s/ Brad W. Seiling*<br>       Brad W. Seiling<br>       *Attorneys for Defendants* |
| 5 | | |
| 6 | | Brad W. Seiling (State Bar No. 143515)<br>Andrew H. Struve (State Bar No. 200803) |
| 7 | | Jessica L. Slusser (State Bar No. 217307)<br>Justin C. Johnson (State Bar No. 252175)<br>11355 West Olympic Boulevard |
| 8 | | Los Angeles, CA  90064-1614<br>Telephone:  (310) 312-4000 |
| 9 | | Facsimile:  (310) 312-4224 |
| 10 | Dated:  September 10, 2012 | Respectfully submitted, |
| 11 | | STEBNER & ASSOCIATES |
| 12 | | |
| 13 | | By:  */s/ Kathrin Ann Stebner*<br>       Kathryn Ann Stebner<br>       *Attorneys for Plaintiffs* |
| 14 | | |
| 15 | | Kathryn A. Stebner (State Bar No. 121088)<br>Sarah Colby (State Bar No. 194475)<br>870 Market Street, Suite 1212 |
| 16 | | San Francisco, CA  94102<br>Telephone:  (415) 362-9800 |
| 17 | | Facsimile:  (415) 362-9801 |
| 18 | Dated: September 10, 2012 | Respectfully submitted, |
| 19 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 20 | | |
| 21 | | By:  */s/ Lexi J. Hazam*<br>       Lexi J. Hazam<br>       *Attorneys for Plaintiffs* |
| 22 | | |
| 23 | | Robert J. Nelson (State Bar No. 132797)<br>Lexi J. Hazam (State Bar No. 224457)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 24 | | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 |
| 25 | | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 26 | | |
| 27 | | |
| 28 | | |

1  Michael D. Thamer (State Bar No. 101440)
   LAW OFFICES OF MICHAEL D. THAMER
2  Old Callahan School House
   12444 South Highway 3; Post Office Box 1568
3  Callahan, CA 96014-5307

4  Christopher J. Healey (State Bar No. 105798)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
5  600 West Broadway, Suite 2600
   San Diego, CA 92101

6

7  W. Timothy Needham (State Bar No. 96542)
   Michael J. Crowley (State Bar No. 102343)
   JANSSEN, MALLOY, NEEDHAM, MORRISON,
8  REINHOLTSEN & CROWLEY, LLP
   730 Fifth Street
9  Eureka, CA 95501

10 Robert S. Arns (State Bar No. 65071)
   Steven R. Weinmann (State Bar No. 190956)
11 THE ARNS LAW FIRM
   515 Folsom Street, 3rd Floor
12 San Francisco, CA  94105

13 *Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON*

14

15 **Filer's Attestation**:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad W. Seiling hereby attests that concurrence in the filing of this document has been obtained.

16

17

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   Dated:  September 12, 2012                    _____
20                                                 The Honorable Jeffrey S. White

21

22

23

24

25

26

27

28