Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000
Facsimile: (415) 956-1008

| | |
|---|---|
| Michael D. Thamer (State Bar No. 101440) | Kathryn A. Stebner (State Bar No. 121088) |
| LAW OFFICES OF MICHAEL D. THAMER | Sarah Colby (State Bar No. 194475) |
| Old Callahan School House | STEBNER & ASSOCIATES |
| 12444 South Highway 3 | 870 Market Street, Suite 1212 |
| Post Office Box 1568 | San Francisco, CA 94102-2907 |
| Callahan, CA 96014-1568 | Telephone: (415) 362-9800 |
| Telephone: (530) 467-5307 | Facsimile: (415) 362-9801 |
| Facsimile: (530) 467-5437 | |

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs Arlene Bettencourt and Harry Harrison*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL WALSH, | Case No. 3:11-cv-00050-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR 90-DAY STAY OF ACTION TO PERMIT PARTIES TO ATTEND MEDIATION** |
| v. | |
| KINDRED HEALTHCARE, INC., et al., | |
| Defendants. | The Honorable Jeffrey S. White |

**WHEREAS** the parties have discussed scheduling issues and issues related to ADR in connection with the upcoming Case management Conference schedule for September 28, 2012;

**WHEREAS** the parties have agreed to a process that involves an exchange of data and a mediation with a private mediator;

1    **WHEREAS** the parties do not want to expend resources in connection with discovery and
2    other litigation issues while they are engaging in this mediation process;
3    **WHEREAS** the parties believe that a 90-day stay of the litigation will allow them to
4    engage in a mediation process in an attempt to explore resolution of this matter;
5    **NOW THEREFORE**, it is stipulated that:
6    1.   There will be a 90-day stay of the litigation until December 20, 2012;
7    2.   The parties will advise the Court of their progress at the end of this 90-day period.

Dated: September 20, 2012          Respectfully submitted,

MANATT, PHELPS & PHILLIPS


By:  */s/ Brad W. Seiling*
      Brad W. Seiling
      *Attorneys for Defendants*

Brad W. Seiling (State Bar No. 143515)
Andrew H. Struve (State Bar No. 200803)
Jessica L. Slusser (State Bar No. 217307)
Justin C. Johnson (State Bar No. 252175)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Dated: September 20, 2012          Respectfully submitted,

STEBNER & ASSOCIATES


By:  */s/ Kathrin Ann Stebner*
      Kathryn Ann Stebner
      *Attorneys for Plaintiffs*

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
870 Market Street, Suite 1212
San Francisco, CA  94102
Telephone:  (415) 362-9800
Facsimile:  (415) 362-9801

Dated: September 20, 2012              Respectfully submitted,

                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                        By: /s/ *Lexi J. Hazam*
                                            Lexi J. Hazam
                                            *Attorneys for Plaintiffs*

                                        Robert J. Nelson (State Bar No. 132797)
                                        Lexi J. Hazam (State Bar No. 224457)
                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                        275 Battery Street, 29th Floor
                                        San Francisco, CA  94111-3339
                                        Telephone:  (415) 956-1000
                                        Facsimile:  (415) 956-1008

                                        Michael D. Thamer (State Bar No. 101440)
                                        LAW OFFICES OF MICHAEL D. THAMER
                                        Old Callahan School House
                                        12444 South Highway 3; Post Office Box 1568
                                        Callahan, CA 96014-5307

                                        Christopher J. Healey (State Bar No. 105798)
                                        LUCE, FORWARD, HAMILTON & SCRIPPS LLP
                                        600 West Broadway, Suite 2600
                                        San Diego, CA 92101

                                        W. Timothy Needham (State Bar No. 96542)
                                        Michael J. Crowley (State Bar No. 102343)
                                        JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                        REINHOLTSEN & CROWLEY, LLP
                                        730 Fifth Street
                                        Eureka, CA 95501

                                        Robert S. Arns (State Bar No. 65071)
                                        Steven R. Weinmann (State Bar No. 190956)
                                        THE ARNS LAW FIRM
                                        515 Folsom Street, 3rd Floor
                                        San Francisco, CA  94105

                                        *Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON*

**Filer's Attestation**:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad W. Seiling hereby attests that concurrence in the filing of this document has been obtained.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 24, 2012              _____
                                        The Honorable Jeffrey S. White

304668713.1