| | |
|---|---|
| 1 | Robert J. Nelson (State Bar No. 132797) |
| | Lexi J. Hazam (State Bar No. 224457) |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 4 | Telephone: (415) 956.1000 |
| | Facsimile: (415) 956-1008 |
| 5 | |

| | | |
|---|---|---|
| 6 | Michael D. Thamer (State Bar No. 101440) | Kathryn A. Stebner (State Bar No. 121088) |
| | LAW OFFICES OF MICHAEL D. THAMER | Sarah Colby (State Bar No. 194475) |
| 7 | Old Callahan School House | STEBNER & ASSOCIATES |
| | 12444 South Highway 3 | 870 Market Street, Suite 1212 |
| 8 | Post Office Box 1568 | San Francisco, CA 94102-2907 |
| | Callahan, CA 96014-1568 | Telephone: (415) 362-9800 |
| 9 | Telephone: (530) 467-5307 | Facsimile: (415) 362-9801 |
| | Facsimile: (530) 467-5437 | |

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs Arlene Bettencourt and Harry Harrison*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL WALSH, | Case No. 3:11-cv-00050-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF ACTION PERMIT PARTIES TO ATTEND MEDIATION UNTIL JANUARY 31, 2013** |
| v. | |
| KINDRED HEALTHCARE, INC., et al., | |
| Defendants. | |
| | The Honorable Jeffrey S. White |

WHEREAS the parties agreed to and the Court ordered a 90-day stay of this action until December 20, 2012, to allow the parties to attempt to explore a resolution of this matter;

WHEREAS the parties have conducted two all-day mediation sessions with Judge William Cahill (Ret.) on December 7 and 13, 2012 and have a third session scheduled on January 10, 2013;

WHEREAS the parties do not want to expend resources in connection with discovery and other litigation issues while they are continuing to engage in the mediation process;

WHEREAS the parties believe that an additional stay of the litigation until January 31, 2013 will allow them to engage in a mediation process in an attempt to explore resolution of this matter;

NOW THEREFORE, it is stipulated that:

1. The stay of the litigation will continue until January 31, 2013;
2. The parties will advise the Court of their progress by February 6, 2013. ~~after January 31, 2013~~.

Dated: December 28, 2012          Respectfully submitted,

MANATT, PHELPS & PHILLIPS


By: /s/ Brad W. Seiling
    Brad W. Seiling
    *Attorneys for Defendants*

Brad W. Seiling (State Bar No. 143515)
Andrew H. Struve (State Bar No. 200803)
Jessica L. Slusser (State Bar No. 217307)
Justin C. Johnson (State Bar No. 252175)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

| | | |
|---|---|---|
| 1 | Dated: December 28, 2012 | Respectfully submitted, |
| 2 | | STEBNER & ASSOCIATES |
| 4 | | By: /s/ *Kathrin Ann Stebner* <br> Kathryn Ann Stebner <br> *Attorneys for Plaintiffs* |
| 6 | | Kathryn A. Stebner (State Bar No. 121088) <br> Sarah Colby (State Bar No. 194475) <br> 870 Market Street, Suite 1212 <br> San Francisco, CA 94102 <br> Telephone: (415) 362-9800 <br> Facsimile: (415) 362-9801 |
| 9 | Dated: December 28, 2012 | Respectfully submitted, |
| 10 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 12 | | By: /s/ *Lexi J. Hazam* <br> Lexi J. Hazam <br> *Attorneys for Plaintiffs* |
| 14 | | Robert J. Nelson (State Bar No. 132797) <br> Lexi J. Hazam (State Bar No. 224457) <br> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 |
| 18 | | Michael D. Thamer (State Bar No. 101440) <br> LAW OFFICES OF MICHAEL D. THAMER <br> Old Callahan School House <br> 12444 South Highway 3; Post Office Box 1568 <br> Callahan, CA 96014-5307 |
| 21 | | Christopher J. Healey (State Bar No. 105798) <br> LUCE, FORWARD, HAMILTON & SCRIPPS LLP <br> 600 West Broadway, Suite 2600 <br> San Diego, CA 92101 |
| 23 | | W. Timothy Needham (State Bar No. 96542) <br> Michael J. Crowley (State Bar No. 102343) <br> JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP <br> 730 Fifth Street <br> Eureka, CA 95501 |

Robert S. Arns (State Bar No. 65071)
Steven R. Weinmann (State Bar No. 190956)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105

*Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON*

**Filer's Attestation:** Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad W. Seiling hereby attests that concurrence in the filing of this document has been obtained.

      PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ AS MODIFIED ABOVE, IT IS SO ORDERED.

Dated: January 2, 2013

_____
The Honorable Jeffrey S. White

305994434.1