Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery St., 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
8 Post Office Box 1568
Callahan, CA  96014-1568
Telephone:  (530) 467-5307
Facsimile:   (530) 467-5437

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
STEBNER & ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA  94102-2907
Telephone: ( 415) 362-9800
Facsimile: (415) 362-9801

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff Arlene Bettencourt
and Harry Harrison*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL WALSH,<br><br>             Plaintiff,<br><br>v.<br><br>KINDRED HEALTHCARE, INC., et al.,<br><br>             Defendants. | Case No. 3:11-cv-00050-JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STAY OF**<br>**ACTION UNTIL MARCH 18, 2013**<br><br>The Honorable Jeffrey S. White |

1 **WHEREAS** the parties agreed to and the Court ordered a 90-day stay of this action until

2 December 20, 2012 to allow the parties to attempt to explore a resolution of this matter;

3 **WHEREAS** the parties agreed to and the Court ordered to continue the stay of this action

4 until January 31, 2013 to allow the parties to continue to explore a resolution of this matter;

5 **WHEREAS** the parties agreed to and the Court ordered to continue the stay of this action

6 until February 22, 2013 to allow the parties to continue to explore a resolution of this matter;

7 **WHEREAS** the parties have conducted three all-day mediation sessions with

8 Judge William Cahill (Ret.) on December 7 and 13, 2012 and on January 10, 2013;

9 **WHEREAS** the Parties continue to engage in the mediation process and have made

10 substantial progress;

11 **WHEREAS** the parties believe that an additional stay of the litigation until March 18,

12 2013 will allow them to continue to pursue the mediation process in an attempt to explore

13 resolution of this matter;

14 **NOW THEREFORE**, it is stipulated that:

15     1.    The stay of the litigation will continue until March 18, 2013;

16     2.    The parties will advise the Court of their progress by March 20, 2013.

17

18 Dated: February 26, 2013        Respectfully submitted,

19                               MANATT, PHELPS & PHILLIPS

20

21                               By:   /s/ Brad W. Seiling
22                                     Brad W. Seiling
                                  *Attorneys for Defendants*

23                             Brad W. Seiling (State Bar No. 143515)
24                             Andrew H. Struve (State Bar No. 200803)
                            Jessica L. Slusser (State Bar No. 217307)
25                             Justin C. Johnson (State Bar No. 252175)
                            11355 West Olympic Boulevard
26                             Los Angeles, CA 90064-1614
                            Telephone: (31 0) 312-4000
27                             Facsimile: (310) 312-4224

28

| | | |
|---|---|---|
| 1 | Dated: February 26, 2013 | Respectfully submitted, |
| 2 | | STEBNER & ASSOCIATES |
| 4 | | By: /s/ Kathryn Ann Stebner |
| 5 | | Kathryn Ann Stebner<br>*Attorneys for Plaintiffs* |

Kathryn A. Stebner (State Bar No. 121088)
Sarah Colby (State Bar No. 194475)
870 Market Street, Suite 1212
San Francisco, CA  94102
Telephone:  (415) 362-9800
Facsimile:   (415) 362-9801

Dated: February 26, 2013          Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Lexi Hazam
    Lexi J. Hazam
    *Attorneys for Plaintiffs*

Robert J. Nelson (State Bar No. 132797)
Lexi J. Hazam (State Bar No. 224457)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Michael D. Thamer (State Bar No. 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3; Post Office Box 1568
Callahan, CA  96014-5307

Christopher J. Healey (State Bar No. 105798)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA  92101

W. Timothy Needham (State Bar No. 96542)
Michael J. Crowley (State Bar No. 102343)
JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP
730 Fifth Street
Eureka, CA  95501

|  | Robert S. Arns (State Bar No. 65071)<br>Steven R. Weinmann (State Bar No. 190956)<br>THE ARNS LAW FIRM<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105 |
|---|---|
|  | *Attorneys for Plaintiffs ARLENE BETTENCOURT and HARRY HARRISON* |

**Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad W. Seiling hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2013

_____
The Honorable Jeffrey S. White

1083781.1 — - 4 - — STIPULATION TO CONTINUE STAY OF ACTION UNTIL MARCH 18, 2013
CASE NO. 3:11-CV-00050-JSW