IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL WALSH, | |
| Plaintiff, | No. C 11-00050 JSW |
| v. | |
| KINDRED HEALTHCARE, | **ORDER REQUIRING JOINT STATUS REPORT** |
| Defendant. | |

On February 26, 2013, the Court entered an Order approving a stipulation to stay this matter until March 18, 2013. Pursuant to the stipulation and order, the parties were supposed to advise the Court by no later than March 20, 2013 of their progress in the mediation process. However, the parties have not yet done so. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report by no later than May 21, 2013 to advise the Court regarding the status of their mediation process.

**IT IS SO ORDERED.**

Dated: May 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAZEL WALSH,

        Plaintiff,

  v.

KINDRED HEALTHCARE et al,

        Defendant.
_____/

Case Number: CV11-00050 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2013, I SERVED a true and correct copies of the attached, by placing said copies in postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

David Shapiro
1563 Mass. Avenue
Cambridge, MA 02138

Michael D Thamer
Law Offices of Michael D.Thamer
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568

Sarah Colby
Stebner & Associates
870 Market Street
Suite 1212
San Francisco, CA 94102

Dated: May 15, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jean Davis, Deputy Clerk