**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAZEL WALSH, *et al.*,

    Plaintiffs,

v.

KINDRED HEALTHCARE, INC., *et al.*,

    Defendants.

No. C 11-00050 JSW

**ORDER RE FOURTH AMENDED COMPLAINT**

On August 23, 2013, the Court granted the motion for preliminary approval of the class action settlement in this case. As part of that motion, the parties agreed that the Plaintiffs should be permitted to file a Fourth Amended Complaint that added additional facilities as Defendants. Although a provision to that effect should have been addressed in the preliminary approval order, it was not.

The Plaintiffs' request for leave to file the Fourth Amended Complaint is granted *nunc pro tunc* to August 23, 2013, the date on which the Court preliminarily approved the Settlement. Plaintiffs shall file the Fourth Amended Complaint by no later than December 10, 2013.

**IT IS SO ORDERED.**

Dated: December 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE